## SOUTHEASTERN BANK AND TRUST COMPANY

v.

## Anthony GROSSI et al.

### No. 80–160–M.P.

Supreme Court of Rhode Island.

April 2, 1981.

Dick & Hague, Ltd., William F. Hague, Jr., Providence, for plaintiff.

Kenneth J. Rampino, Johnston, for defendants.

### ORDER

The defendants' motion for remand as prayed is denied.

## STATE

v.

## Leonard CASTORE.

### No. 80–275–C.A.

Supreme Court of Rhode Island.

April 2, 1981.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

William F. Reilly, Public Defender, for defendant.

### ORDER

The defendant's motion to supplement the record with a transcript of the closing arguments of counsel is hereby granted.

## STATE

v.

## Robert W. KNIGHT.

### No. 80–311–C.A.

Supreme Court of Rhode Island.

April 2, 1981.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Irving Brodsky, Providence, for defendant.

### ORDER

The defendant's motion for counsel fee is assigned to the motion calendar for oral argument.